373 A.2d 1144

Delmar Printing Company, Appellant, v. Farmers Bank & Trust Company of Hummelstown, Pa.

Argued March 15, 1977. Bruce E. Cooper, and Cooper and Butler, submitted a brief for appellant; David A. Wion, with him Reynolds, Bihl and Schaffner, for appellee.

Order affirmed.

373 A.2d 1144

Dittmer v. Dittmer, Appellant.

Submitted December 22, 1976. Stanley M. Poplow, for appellant; Thomas J. D'Annunzio, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.